UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | Criminal No. 25-400-CMR-2 |
| : | |
| MOSES BENABE : | |

ORDER

     AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion for Continuance, it is hereby ORDERED and DECREED that said Motion is Granted for the following reason:

     Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h) (8) the ends of justice are best served by granting the defendant's request to continue this case. The delay is necessary to review the discovery and prepare for trial or non-trial disposition. Counsel for the defendant has discussed this motion and the proposed trial continuance with the Defendant and the Defendant agrees that the trial should be postponed for 90 days. Counsel for the government is not opposed to the continuance request. In light of the foregoing, the ends of justice served by granting the defendant's request outweigh the best interest of the public and the defendant in a speedy trial.

     BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | Criminal No. 25-400-CMR-2 |
| | : | |
| MOSES BENABE | : | |
| | : | |

MOTION FOR CONTINUANCE

COMES NOW, Moses Benabe by and through his attorney, Gregory J. Pagano, Esquire, requests that this Court grant a postponement of the pretrial motions hearings and deadlines and trial date for at least 90 days or longer if necessary in the above captioned matter and in support thereof avers as follows:

1. On or about September 9, 2025, Defendant was indicted on charge of conspiracy in violation of Title 18, United States Code, Sections 371, seven counts of wire fraud in violation of Title 18, United States Code, Sections 1342, and seven counts aggravated identity theft in violation Title 18, United States Code, Sections 1028A (a) (1), ( c) (5) and Section 2 aiding and abetting.

2. Jury trial is scheduled for this matter on November 26, 2025

3. Counsel for the defendant needs additional time to prepare for trial, or alternatively a non trial disposition.

4. Counsel for the defendant is requesting that this matter be continued for at least 90 days.

5. Counsel for the government, A.U.S.A. Mark Dubnoff does not oppose the request to continue this trial.

WHEREFORE, it is respectfully requested that this Honorable Court GRANT the

Defendant's requests to postpone pretrial deadlines and hearing and continue the trial listing for at least 90 days or longer if necessary.

Respectfully submitted:

/s/ Gregory J. Pagano, Esquire
1315 Walnut Street, 12th Floor
Philadelphia, PA 19107
Tele: (215) 636-0160
E-Mail: gpagano@paganolaw.com

DATED:  November 19, 2025

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | Criminal No. 25-400-CMR-2 |
| : | |
| MOSES BENABE : | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Motion for Continuance has been served upon A.U.S.A. Mark Dubnoff via the Court's Electronic Filing System.

_____/s/_____
GREGORY J. PAGANO, ESQUIRE